RICHARD S. HARTUNIAN
United States Attorney

Sergei Aden
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
212-264-2026
Sergei.Aden@ssa.gov
Bar No. 517159

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: May 7, 2015
       Utica, NY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FRANK J. MYDOSH,

                Plaintiff,

      v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

Case No.: 3:14-cv-01450-DNH-CFH

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Frank J. Mydosh, and Defendant, Carolyn W. Colvin, the Acting Commissioner of the Social Security

1

Administration, that this action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. No party hereto is an infant or incompetent.

RICHARD S. HARTUNIAN  
United States Attorney

By: _____  
Sergei Aden  
Special Assistant U.S. Attorney  
Bar No. 517159

Date: 4/23/15

_____  
Frank J. Mydosh  
432 Whittemore Hill Road  
Owego, NY 12827  
PRO SE

Date: 4/24/15